**UNITED STATES DISTRICT COURT**
**for the**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **KASSANDRA VANDEVER, On Behalf of Herself and All Others Similarly Situated,** | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | **Civil Action No. 1:23-cv-00279-RP** |
| | § | |
| **RATEGENIUS LOAN SERVICES, INC., et al.,** | § | |
| | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, March 16, 2023 at 7:35 AM,**
Executed at: **1601 ELM ST., SUITE 4360, DALLAS, TX 75201**
at **1:38 PM,** on **Thursday, March 16, 2023,**

by delivering to the within named:

**RATEGENIUS LOAN SERVICES, INC.**

by delivering to its **Registered Agent, COGENCY GLOBAL, INC.**
by delivering to its **Authorized Employee, KATIE NICHOLSON**
a true copy of this
**SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, and CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

My name is Tracy Edwards, my date of birth is September 15, 1963 and my address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Friday, March 17, 2023

**By:** ______________________________
**Tracy Edwards - PSC 1872 - Exp 03/31/24**
**served@specialdelivery.com**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| KASSANDRA VANDEVER, On Behalf of Herself and All Others Similarly Situated, | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:23-cv-00279-RP |
| RATEGENIUS LOAN SERVICES, INC. and THE SAVINGS GROUP, INC., | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RATEGENIUS LOAN SERVICES, INC.
Cogency Global, Inc.
1601 Elm St., Suite 4360
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe Kendall
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT • WESTERN DISTRICT OF TEXAS •

*CLERK OF COURT* PHILIP J. DEVLIN

Date: 03/15/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00279-RP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

RETURN / AFFIDAVIT
PROOF / ATTACHED

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: