UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KASSANDRA VANDEVER, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RATEGENIUS LOAN SERVICES, INC. and THE SAVINGS GROUP, INC.<br><br>Defendants. | § § § § § § § § § § § § § | 1:23-CV-279-RP |

## **ORDER**

On September 26, 2023, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 22). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 27, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE